CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Respondent, ) <br> ) <br> v. ) <br> ) <br> ROCKY MOUNTAIN CORPORATION, ) <br> ) <br>     Petitioner. ) | Criminal No. 5:07cr00058 <br><br> **FINAL ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Rocky Mountain Corporation's petition for writ of error pro coram nobis is dismissed. All other outstanding motions are **DENIED** and the matter is **STRICKEN** from the active docket of the court.

ENTER: This 27th day of October 2010.

_____
UNITED STATES DISTRICT JUDGE